FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

Kathy Swansen

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:15CR00031 KGB |
| | ) | |
| | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 2423(a) |
| SETH CHRISTIAN GANAHL | ) | 18 U.S.C. §§ 2251(a) & (e) |
| AKA CHRISTIAN CANON | ) | 18 U.S.C. § 3583 |
| | ) | 18 U.S.C. § 3571 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about January 2009, through on or about August 17, 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

SETH CHRISTIAN GANAHL,
AKA CHRISTIAN CANON,

using facilities and means of interstate commerce, did knowingly attempt to persuade, induce, entice and coerce an individual, M.G., who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Sexual Indecency with a Child, in violation of A.C.A. § 5-14-110, and Sexual Assault – 2nd Degree, in violation of A.C.A. § 5-14-125.

All in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

In or about March 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

SETH CHRISTIAN GANAHL,
AKA CHRISTIAN CANON,

did knowingly transport M.G., an individual who had not attained the age of 18 years, in interstate commerce, from Arkansas to Tennessee, with the intent that M.G.. engage in any sexual activity for

which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Sexual Indecency with a Child, in violation of A.C.A. § 5-14-110, and Sexual Assault – 2nd Degree, in violation of A.C.A. § 5-14-125.

All in violation of Title 18, United States Code, Section 2423(a).

## COUNT THREE

From in or about January 2013, through on or about August 17, 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

**SETH CHRISTIAN GANAHL,
AKA CHRISTIAN CANON,**

using facilities and means of interstate commerce, did knowingly attempt to persuade, induce, entice and coerce an individual, O.A., who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Sexual Indecency with a Child, in violation of A.C.A. § 5-14-110, and Sexual Assault – 2nd Degree, in violation of A.C.A. § 5-14-125.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

From in or about January 2012, through in or around July 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

**SETH CHRISTIAN GANAHL,
AKA CHRISTIAN CANON,**

using facilities and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual, C.C., who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Sexual Indecency with a Child, in violation of A.C.A. § 5-14-110, and Sexual Assault

– 4th Degree, in violation of A.C.A. § 5-14-127.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FIVE

From in or about January 2012, through in or around July 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

**SETH CHRISTIAN GANAHL,**
**AKA CHRISTIAN CANON,**

did employ, use, persuade, induce, entice, and coerce a minor, C.C., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United State Code, Section 2251(a).

## COUNT SIX

From in or about April 2014, through in or about July 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

**SETH CHRISTIAN GANAHL,**
**AKA CHRISTIAN CANON,**

did employ, use, persuade, induce, entice, and coerce a minor, H.W., to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or

foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United State Code, Section 2251(a).

## COUNT SEVEN

On or about May 31, 2014, to on or about June 6, 2014, in the Eastern District of Arkansas and elsewhere, the defendant,

SETH CHRISTIAN GANAHL,
AKA CHRISTIAN CANON,

did attempt to, employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, and such visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or mailed.

All in violation of Title 18, United State Code, Sections 2251(a) and (e).

(END OF TEXT. SIGNATURE PAGE ATTACHED.)

IN THE UNITED STATES DISTRICT COURT