**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                              **PLAINTIFF**

v.                           **Case No. 4:15-cr-00031 KGB**

**SETH CHRISTIAN GANAHL**                                                                 **DEFENDANT**

**ORDER**

Before the Court is defendant Seth Christian Ganhal's motion to return seized property (Dkt. No. 16). Based on the Court's Judgment in this case which states specifically that a final order of forfeiture as contemplated by the parties in their plea agreement shall be entered, Mr. Ganahl's motion is denied without prejudice (Dkt. No. 29, at 7). To the extent the final order of forfeiture or the parties' plea agreement fails to address all property seized, Mr. Ganahl may refile his motion.

Dated this 26th day of April, 2016.

_____
Kristine G. Baker
United States District Judge